**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
**SAMUEL GLUCKMAN,** on behalf of himself and all other similarly situated consumers**,**

       **Plaintiff,**

                      **13-CV-556 (DLI)(MDG)**

       **-against-**

**ACCOUNTS RECEIVABLE MANAGEMENT, INC,**

       **Defendants.**
------------------------------------------------------------------------x

**NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(i)**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to and gives notice of the dismissal of the above entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

| | |
|---|---|
| Dated:  New York, New York<br>           July 1 16, 2013 | Respectfully submitted,<br><br>LAW OFFICES OF DAVID PALACE<br><br>By: /s/ David Palace<br>383 Kingston Ave, #113<br>Brooklyn, NY 11213<br>Tel: (347) 651-1077<br>Fax: (347) 464-0012<br><br>*Attorneys for Plaintiff* |